JS-6

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Y.A.L.C. (A# 205-718-078), | ) | Case No. 5:26-cv-03440-KJM |
| | ) | |
| Petitioner, | ) | JUDGMENT |
| | ) | |
| vs. | ) | |
| | ) | |
| ERNESTO SANTACRUZ, JR., Field | ) | |
| Officer Director, ICE Los Angeles | ) | |
| Field Office; ET AL., | ) | |
| | ) | |
| Respondents. | ) | |
| _____ | ) | |

## JUDGMENT

Pursuant to the Order Granting Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (ECF No. 9), IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (ECF No. 2) is granted.  Respondents report that Petitioner has been released from custody (ECF No. 11).  The Court thus DIRECTS the Clerk of Court to close the case.

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, July 2, 2026.



_____
Kenneth J. Mansfield
United States Magistrate Judge