JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

Y.A.L.C. (A# 205-718-078),

Petitioner,

vs.

ERNESTO SANTACRUZ, JR., Field Officer Director, ICE Los Angeles Field Office; ET AL.,

Respondents.

Case No. 5:26-cv-03440-KJM

AMENDED JUDGMENT

<u>AMENDED JUDGMENT</u>

Pursuant to the Amended Order Granting Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (ECF No. 18), IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (ECF No. 2) is granted. Respondents report that Petitioner has been released from custody (ECF No. 11). The Court thus DIRECTS the Clerk of Court to close the case.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, August 13, 2026.

Kenneth J. Mansfield
United States Magistrate Judge